OPINION — AG — "WHETHER IT WILL BE LEGAL" FOR A BOARD OF EDUCATION "TO SEAT" AS "BONA FIDE MEMBER OF THE BOARD" A CERTAIN PERSON WHO HAS BEEN ELECTED TO THE BOARD OF EDUCATION BUT WHOSE RIGHT TO BE A CANDIDATE FOR THE POSITION TO WHICH HE WAS ELECTED HAS BEEN QUESTIONED BECAUSE OF HIS RESIDENCE? — THE AG HAS NO OPINION ON HE HAS A LEGAL RIGHT TO SERVE ON THE SCHOOL BOARD. CITE: 51 O.S.H. 8, 70 O.S.H. 4-7 (J. H. JOHNSON)